UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAZIF SHARIFZODA,

                        Petitioner,

            v.

ORANGE COUNTY JAIL, *et al.*,

                        Respondents.

No. 26-CV-2508 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

Nazif Sharifzoda ("Petitioner") brought this Petition for Writ of Habeas Corpus pro se on March 26, 2026.  (Dkt. No. 1.)  The same day, Petitioner filed a substantially identical petition through counsel.  (*See* Petition, *Sharifzoda v. Orange Cnty. Jail*, No. 26-CV-2486 (S.D.N.Y. Mar. 26, 2026).)  By order dated March 27, 2026, the Court granted the Petition in part, (*see* Order, *Sharifzoda v. Orange Cnty. Jail*, No. 26-CV-2486 (S.D.N.Y. Mar. 27, 2026)), and Respondents certified their compliance with the March 27 Order on April 1, 2026, (*see* Letter from Respondents to Court, *Sharifzoda v. Orange Cnty. Jail*, No. 26-CV-2486 (S.D.N.Y. Apr. 1, 2026).)  Because this Petition raises the same grounds for relief, and the Court granted Petitioner's requested relief on the No. 26-CV-2486 docket, the Court dismisses this Petition as duplicative.  *See Curtis v. Citibank, N.A.*, 226 F.3d 133, 138 (2d Cir. 2000) ("As part of its general power to administer its docket, a district court may . . . dismiss a suit that is duplicative of another federal court suit.").  The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

DATED:        April 2, 2026
              White Plains, New York

                                        _____
                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE